NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BILL OF LADING TRANSMISSION AND PROCESSING SYSTEM PATENT LITIGATION

---

**R&L CARRIERS, INC.,**
*Plaintiff-Appellant,*

v.

**PITT OHIO EXPRESS, INC.,**
*Defendant-Appellee.*

---

2012-1142

---

Appeal from the United States District Court for the Southern District of Ohio in case nos. 09-MD-2050 and 10-CV-0090, Chief Judge Sandra S. Beckwith.

---

## ON MOTION

---

## ORDER

R+L Carriers, Inc. move to withdraw O. Judson Scheaf, III, and substitute Megan D. Dortenzo as of counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Megan D. Dortenzo should promptly file an entry of appearance.

FOR THE COURT

APR 2 7 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Anthony C. White, Esq.
    Gretchen L. Jankowski, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 2 7 2012

**JAN HORBALY**
**CLERK**